# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Delano Danny Quiroz,<br><br>    Plaintiff,<br><br>v.<br><br>Phoenix Police Department, et al.,<br><br>    Defendants. | No. CV-13-01876-PHX-DLR<br><br>**ORDER** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge (Doc. 16). The Court approves and adopts the Magistrate Judge's Report and Recommendation.

  **IT IS ORDERED** that Plaintiff's Second Amended Complaint (Doc. 9) is dismissed without prejudice.

  Dated this 1st day of August, 2014.

_____
Douglas L. Rayes
United States District Judge